IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50007
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

Versus

JORGE VARGAS-AGUILERA,, also known as
Jorge Vargas-Aguilar,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-1423-ALL-DB
- - - - - - - - - -
August 14, 2001

Before JOLLY, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jorge Vargas-Aguilera (Vargas) has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Vargas has received a copy of counsel's motion and brief.

Vargas, who pleaded guilty to violating 8 U.S.C. § 1326, has stated that he wishes to challenge only his sentence. Our independent review of the brief and the record discloses no

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous sentencing issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.